**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | Roger Isaac Dominguez |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 4:23-cr-00047-1 |

FILED
Nov 21 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**Date:** 11/21/23

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Timothy Elder                                   (415)436-7519

U.S. Pretrial Services Officer                   **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

    A.    The defendant shall report to Geocare halfway house in San Francisco at 111 Taylor Street, San Francisco upon his release and shall comply with all rules and policies of the facility on lockdown and may only leave with permission from Pretrial Services for court appearances, attorney visits, medical treatment, mental health and substance use treatment, and as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____
_____

_[signature]_                                   November 21, 2023
**JUDICIAL OFFICER**                             **DATE**

Hon. Thomas S. Hixson

U.S. Magistrate Judge